FRANK BURKE, Jr., *et al. vs.* EMMIT V. BALDWIN, *et al.*

Argued Oct. 18, 1892.  Decided Oct. 29, 1892.

Appeal by plaintiffs, Frank Burke, Jr., Rufus P. Edson and Wallace Warner, from a judgment of the District Court of St. Louis County, *Stearns, J.,* entered April 26, 1892.

*Edson & Hanks,* and *J. W. Bull,* for appellants.

*W. W. Billson,* for respondent.

MITCHELL, J.  This is controlled by the decision in *Burke* v. *Backus, ante,* p. 174, (53 N. W. Rep. 458,) and the result is that the judgment appealed from is reversed.

(Opinion published 53 N. W. Rep. 460.)